■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE MEACHEM, Appellant. [733 NYS2d 354] —Judgment, Supreme Court, Bronx County (Denis Boyle, J., at hearing; Caesar Cirigliano, J., at jury trial and sentence), rendered July 26, 1999, convicting defendant of robbery in the second degree, and sentencing him to a term of 3 to 6 years, unanimously affirmed.

The court properly exercised its discretion in declining to reopen the *Wade* hearing based on evidence adduced at trial. The additional facts surrounding defendant's arrest that were revealed at trial were of a nature that would necessarily have been within defendant's personal knowledge (*see,* CPL 710.40 [4]; *People v Morales,* 281 AD2d 182). Moreover, defendant's moving papers in support of his suppression motion indicate that defendant apprised his then-counsel of the facts in question. In any event, the additional information would not have materially affected the determination of the suppression motion (*see, People v Clark,* 88 NY2d 552). Even if the version of the identification procedure revealed at trial is viewed most favorably to defendant, the procedure was still a proper showup, conducted within a few minutes, as well as within a few blocks, of the crime (*see, People v Duuvon,* 77 NY2d 541). Concur—Rosenberger, J. P., Williams, Wallach, Lerner and Saxe, JJ.